[No. 44453-4-II. Division Two. February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN G. HOLLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01762-1, Diane M. Woolard, J., entered January 25, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 44562-0-II. Division Two. February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ANTHONY CARPENTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-05021-3, Katherine M. Stolz, J., entered February 20, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

[No. 44569-7-II. Division Two. February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ANTHONY CARPENTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04931-2, Katherine M. Stolz, J., entered January 28, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

[No. 44722-3-II. Division Two. February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL L. WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04194-8, Gerald T. Costello, J., entered April 9, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.